UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ROBERT D. GRAFFIUS, | : | CASE NO. 4:20-cv-1475 |
| Petitioner, | : | OPINION & ORDER |
| | : | [Resolving Doc. 1] |
| v. | : | |
| WARDEN JAY FORSHEY, | : | |
| Respondent. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Petitioner Robert D. Graffius is currently serving eight years for rape. He brings this habeas corpus action under 28 U.S.C. § 2254.[1]

On May 25, 2023, Magistrate Judge Henderson filed a Report and Recommendation ("R & R") recommending that the Court deny Graffius's petition in its entirety and not grant him a certificate of appealability. Specifcially, Magistrate Judge Henderson found that Graffius has presented only procedurally defaulted and meritless claims. Graffius did not file an objection to the R & R.

The Federal Magistrates Act requires district courts to conduct a de novo review only of objected-to portions of an R & R.[2] Absent objection, district courts may adopt an R & R without review.[3]

So, the Court **ADOPTS** Magistrate Judge Henderson's R & R and **DENIES** Graffius's habeas corpus petition in its entirety and any associated certificate of appealability.

---

[1] Doc. 1.
[2] 28 U.S.C. § 636(b)(1).
[3] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R & R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 4:20-cv-1475
GWIN, J.

    IT IS SO ORDERED.

Dated: June 27, 2023            *s/    James S. Gwin*
                                                         JAMES S. GWIN
                                                         UNITED STATES DISTRICT JUDGE